UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBY HESTER, et al.,

    Plaintiffs,                      Case No. 1:21–cv–671

v.                                 Hon. Hala Y. Jarbou

PLUS COMMUNICATIONS INC.,

    Defendant.
_____/

## ORDER

    The Court having reviewed Plaintiff's motion for leave to file a notice of supplemental authority (ECF No. 22), and Defendant's response (ECF No. 23), **IT IS ORDERED** that Plaintiff's Motion (ECF No. 22) Is **GRANTED**. The Clerk of the Court is directed to accept Plaintiff's Notice (ECF No. 22–1) for filing.

    IT IS SO ORDERED.

Dated:  February 17, 2022                    /s/ Hala Y. Jarbou
                                                     HALA Y. JARBOU
                                                     United States District Judge