UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RUBY HESTER, et al.,

      Plaintiffs,                    Case No. 1:21−cv−671

v.                                   Hon. Hala Y. Jarbou

PLUS COMMUNICATIONS INC.,

      Defendant.
_____/

## **NOTICE OF HEARING**

TAKE NOTICE that a hearing has been scheduled as set forth below:

Type of hearing(s):   Status Conference
Date/Time:            March 9, 2022   03:00 PM
District Judge:       Hala Y. Jarbou
Place/Location:     by video

*Status Conference set regarding proposed stipulation and order to stay action pending mediation (ECF No. 22) filed in cognate case VanOcker v. Foundation for National Progress, case no. 1:21−cv−669. Zoom connection information will be issued separately. RECORDING OR BROADCASTING OF THIS PROCEEDING IS PROHIBITED. W.D. Mich. LGenR 4.1(c)(i) and (ii).*

                                               HALA Y. JARBOU
                                               United States District Judge

Dated:  March 9, 2022        By:     /s/ A. Seymore_____
                                            Case Manager