# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| RUBY HESTER and STEWART MURIE, individually and on behalf of all others similarly situated, | Case No. 21-cv-00671 |
| Plaintiffs, | Hon. Hala Y. Jarbou |
| v. | Hon. Ray Kent |
| PLUS COMMUNICATIONS INC. D/B/A CHARISMA MEDIA, | |
| Defendant. | |

## STATUS REPORT PURSUANT TO MAY 18, 2022 ORDER

Pursuant to this Court's May 18, 2022 Order requiring the parties to submit a status report, Plaintiffs Ruby Hester and Stewart Murie ("Plaintiffs") and Defendant Plus Communications Inc. d/b/a Charisma Media ("Defendant") hereby submit the following Status Report.

The parties participated in facilitative mediation with Ronald G. DeWaard on June 7, 2022. The mediation resulted in a resolution of plaintiffs' claims. The parties anticipate having dismissal pleadings filed with the Court on or before July 1, 2022.

Dated:  June 17, 2022

**RUBY HESTER and STEWART MURIE**, individually and on behalf of all others similarly situated,

By:_____*/s Joseph I. Marchese*
    One of Plaintiffs' Attorneys

Joseph I. Marchese
jmarchese@bursor.com
Philip L. Fraietta (P85228)
pfraietta@bursor.com
BURSOR & FISHER, P.A.
888 Seventh Avenue
New York, New York 10019
Tel: 646.837.7150
Fax: 212.989.9163

Frank S. Hedin
fhedin@hedinhall.com
HEDIN HALL LLP
1395 Brickell Avenue, Suite 900
Miami, Florida 33131
Tel: 305.357.2107
Fax: 305.200.8801

E. Powell Miller (P39487)
epm@millerlawpc.com
Sharon S. Almonrode (P33938)
ssa@millerlawpc.com
Dennis A. Lienhardt (P81118)
dal@millerlawpc.com
William Kalas (P82113)
wk@millerlawpc.com
THE MILLER LAW FIRM, P.C.
950 W. University Drive, Suite 300
Rochester, MI 48307
Tel: 248-841-2200

*Counsel for Plaintiffs and the putative class*


MILLER JOHNSON
Attorneys for Defendant

Dated: June 17, 2022        By /s/ Robert W. O'Brien
                               Robert W. O'Brien
                               Stephen J. van Stempvoort
                               45 Ottawa Avenue SW, Suite 1100
                               Grand Rapids, MI  49503
                               (616) 831-1700
                               obrienr@millerjohnson.com
                               vanstempvoorts@millerjohnson.com

2