# REPORT FOLLOWING
# VOLUNTARY FACILITATIVE MEDIATION SESSION

| Case Number | Case Caption | Date of Session |
|---|---|---|
| 1:21-cv-671 | Hester et al. v Plus Communications Inc. | 06/07/2022 |

**PARTIES**      **Attendees**

| Name | On Behalf Of |
|---|---|
| Authority given to counsel | Plaintiffs |
| Stephen Strang | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |
|  |  |

**COUNSEL**

| Name | On Behalf Of |
|---|---|
| Philip L. Friaetta | Plaintiffs |
| Joseph I. Marchese | Plaintiffs |
| Frank S. Hedin | Plaintiffs |
| Robert W. O'Brien | Defendant |
|  |  |
|  |  |
|  |  |
|  |  |

Result: ✔ Case settled in full - Final paperwork will be filed by: Thirty Days
     ☐ Mediation continuing - Date of Next Session
     ☐ Not settled - Mediation Completed

Dated: June 24, 2022      /s/ Ronald G. DeWaard

                                             Ronald G. DeWaard
                                             Mediator